UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S. BANK TRUST N.A. AS TRUSTEE FOR      *
LSF9 MASTER PARTICIPATION TRUST,         *
                                         *
    Plaintiff,                           *
                                         *   Civil Action No. 18-30033-MGM
        v.                               *
                                         *
ROBERT G. BEDARD & CYNTHIA L. BEDARD     *
                                         *
    Defendants.                          *

MEMORANDUM AND ORDER RE: REPORT AND
RECOMMENDATION ON PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT

(Dkt. Nos. 11 and 20)

December 19, 2018

MASTROIANNI, U.S.D.J.

Plaintiff, U.S. Bank Trust N.A. as Trustee for LSF9 Master Participation Trust, as holder of a $115,000 promissory note executed by Defendants, Robert and Cynthia Bedard, on February 3, 2006 ("Note"), filed this action seeking an equitable assignment to it of a mortgage executed together with the Note. Defendants failed to appear or otherwise defend. The clerk entered a default against Robert Bedard on June 14, 2018, a copy of which was mailed to both Defendants that same day and returned as undeliverable on June 28, 2018. Plaintiff filed its Motion for Default Judgment on July 10, 2018. The case was referred to Magistrate Judge Katherine A. Robertson. She held a hearing on October 1, 2018, at which neither Defendant appeared. On December 4, 2018, she issued her Report and Recommendation ("R&R") advising the court grant Plaintiff's motion as to the request for equitable assignment and deny it, without prejudice, as to the remaining requests. Objections to the R&R were due on December 18, 2018. No objection was filed.

The court has reviewed the R&R, as well as Plaintiff's original motion. Noting that no objections have been filed, the court, upon *de novo* review, hereby ADOPTS Judge Robertson's R&R (Dkt. No. 20).

The court, therefore, ALLOWS Plaintiff's Motion for Entry of Default Judgment to the extent is seeks equitable assignment and DENIES the motion, without prejudice, as to the other relief requested. Plaintiff is directed to file a status report no later than January 9, 2019 advising as to whether it intends to seek additional relief or whether this case may be closed.

It is So Ordered.

  /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge